UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 10-700(KSH) |
| JAMES SANCHEZ, | : | ORDER |

This matter having been opened to the Court at the request of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jacques S. Pierre, Assistant United States Attorney, appearing) for an order extending the Government's time in which to file an opposition to the pretrial motion filed by defendant James Sanchez,

IT IS on this 26th day of October, 2011,

ORDERED that the Government shall file its opposition to the pretrial motion filed by James Sanchez on or before November 4, 2011.

_____
HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE